JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS GOMEZ, | ) | NO. CV 14-1325-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Arpil 14, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE